**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DONALD LEWANDOWSKI,

    Plaintiff,

v.                                                                                          Case No.: 12-cv-14230

HEATH CONSULTANTS, INC, and
JENNIFER FREESTONE,                                                  Honorable Sean F. Cox
                                                                                                                  United States District Court Judge

    Defendants.

_____/

**ORDER OF DISMISSAL AS TO DEFENDANT JENNIFER FREESTONE**

Plaintiff Donald Lewandowski ("Plaintiff") filed this action against Defendants in the Third Judicial Circuit Court on June 14, 2012. (Docket Entry No. 1-2, at 3.) This action was removed to this Court on September 24, 2012, on the basis of diversity jurisdiction. (Docket Entry No. 1.) On May 20, 2013, this Court issued an Order to Show Cause, directing Plaintiff to "show cause in writing on or before **May 31, 2013**, why this case should not be dismissed for failure to effect timely service of process as to Defendant Jennifer Freestone." (Docket Entry No. 20.) The order further states that "[f]ailure to comply with this order may result in dismissal of this action as to the above named defendant." (*Id*.) Plaintiff has filed no response to that order and the time for doing so has passed.

Accordingly, **IT IS ORDERED** that Plaintiff's claims against Defendant Jennifer Freestone

1

are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

  **IT IS SO ORDERED**.

> S/Sean F. Cox
> Sean F. Cox
> United States District Judge

Dated:  July 15, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 15, 2013, by electronic and/or ordinary mail.

> S/Jennifer McCoy
> Case Manager